# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KENDALL, DIANNE R.                                §    Case No. 14-29795
                                                          §
                                                          §
                                                          §
Debtor(s)                                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS E. SPRINGER, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:30AM on 08/28/2015 in Courtroom 240, United States Courthouse,
Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed __/ /_____    By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KENDALL, DIANNE R. § Case No. 14-29795
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 155,000.00 |
| *and approved disbursements of* | $ 59,458.89 |
| *leaving a balance on hand of* [1] | $ 95,541.11 |
| **Balance on hand:** | $ 95,541.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $           0.00
Remaining balance:   $      95,541.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 6,952.50 | 0.00 | 6,952.50 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,420.00 | 0.00 | 2,420.00 |
| Other Fees: Stephen Smalling | 51,666.67 | 51,666.67 | 0.00 |
| Other Expenses: Stephen Smalling | 220.00 | 220.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $       9,372.50
Remaining balance:   $      86,168.61

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 86,168.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 86,168.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 951.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MCOA | 86.86 | 0.00 | 86.86 |
| 2 | MCOA | 375.00 | 0.00 | 375.00 |
| 3 | ATLAS ACQUISITIONS LLC ASSIGNEE OF | 490.09 | 0.00 | 490.09 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 951.95 |
| Remaining balance: | $ | 85,216.66 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 4,260.43 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Nuestra Clinica | 4,260.43 | 0.00 | 4,260.43 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 4,260.43 |
| Remaining balance: | $ | 80,956.23 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 80,956.23 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $6.19. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 80,950.04.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                       United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 14-29795-DRC
Dianne R. Kendall                                               Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1         User: ccabrales            Page 1 of 2         Date Rcvd: Aug 04, 2015
                             Form ID: pdf006            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2015.
db             +Dianne R. Kendall,    2038 Lilac Lance Apartment 104,    Aurora, IL 60506-1759
22278891       +Atg Credit,    1700 W Cortland St Ste 2,   Chicago, IL 60622-1166
22684093       +Atlas Acquisitions LLC Assignee of US Cellular,    294 Union St.,    Hackensack, NJ 07601-4303
22278893       +Creditors Discount & A,    415 E Main St,   Streator, IL 61364-2927
22278901       +Debt Recovery Solution,    900 Merchants Concourse,   Westbury, NY 11590-5121
22278902       +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,   Fishers, IN 46037-9203
22278905       +Enhancrcvrco,    Po Box 57547,  Jacksonville, FL 32241-7547
22278906      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,     P.O. Box 19025,
                 Springfield, IL 62794-9025)
22278907       +Illinois Dept of Employment,    33 S State,   Suite 992,   Chicago, IL 60603-2803
22278909       +Illinois Secretary of State,    3701 Winchester Rd.,   Springfield, IL 62707-9759
22623019       +MCOA,   City of Aurora,   Municipal Collections of America Inc,    3348 Ridge Rd,
                 Lansing, IL 60438-3112
22623017       +MCOA,   City of Aurora Amb,   Municipal Collections of America Inc,    3348 Ridge Rd,
                 Lansing, IL 60438-3112
22278910       +Med Busi Bur,    1460 Renaissance D Suite 400,   Park Ridge, IL 60068-1349
22278911       +Millenium Credit Con,    149 E Thompson Ave,   West St Paul, MN 55118-3238
22278913       +Mrs Bpo Llc,    1930 Olney Ave,   Cherry Hill, NJ 08003-2016
22278914       +Municollofam,    3348 Ridge Road,   Lansing, IL 60438-3112
22278916       +National Service Bureau, Inc.,    18912 North Creek Pkwy Suite 205,    Bothell, WA 98011-8016
23326531       +Nuestra Clinica,    645 E New York Street,   Aurora, IL 60505-3546
22278917       +PLS,   30 N. Lake St.,   Aurora, IL 60506-4006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22278880       +E-mail/PDF: recoverybankruptcy@afninet.com Aug 05 2015 01:43:12      Afni,   Po Box 3097,
                 Bloomington, IL 61702-3097
22278881       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Aug 05 2015 01:39:51      Armor Systems Co,
                 1700 Kiefer Dr Ste 1,   Zion, IL 60099-5105
22392048       +E-mail/Text: bnc@atlasacq.com Aug 05 2015 01:36:37     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
22278908        E-mail/Text: des.claimantbankruptcy@illinois.gov Aug 05 2015 01:39:30
                 Illinois Dept of Employment Sec.,    Benefit Repayments,   P.O. Box 19286,
                 Springfield, IL 62794-9286
22278912       +E-mail/Text: mmrgbk@miramedrg.com Aug 05 2015 01:37:56     Miramedrg,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
                                                                                             TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Springer Brown, LLC
22278882*      +Armor Systems Co,   1700 Kiefer Dr Ste 1,   Zion, IL 60099-5105
22278887*      +Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
22278888*      +Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
22278889*      +Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
22278890*      +Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
22278884*      +Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
22278885*      +Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
22278886*      +Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
22278894*      +Creditors Discount & A,   415 E Main St,   Streator, IL 61364-2927
22278895*      +Creditors Discount & A,   415 E Main St,   Streator, IL 61364-2927
22278896*      +Creditors Discount & A,   415 E Main St,   Streator, IL 61364-2927
22278897*      +Creditors Discount & A,   415 E Main St,   Streator, IL 61364-2927
22278898*      +Creditors Discount & A,   415 E Main St,   Streator, IL 61364-2927
22278899*      +Creditors Discount & A,   415 E Main St,   Streator, IL 61364-2927
22278900*      +Creditors Discount & A,   415 E Main St,   Streator, IL 61364-2927
22278903*      +Dept Of Ed/Sallie Mae,   11100 Usa Pkwy,   Fishers, IN 46037-9203
22278904*      +Dept Of Ed/Sallie Mae,   11100 Usa Pkwy,   Fishers, IN 46037-9203
22278915*      +Municollofam,   3348 Ridge Road,   Lansing, IL 60438-3112
22278883      ##+Ars,   1801 Nw 66th Ave Suite 200,   Fort Lauderdal, FL 33313-4571
22278892      ##+Commonwealth Financi,   960 N Main Ave,   Scranton, PA 18508-2126
                                                                                TOTALS: 1, * 18, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Aug 04, 2015
                              Form ID: pdf006            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2015 at the address(es) listed below:
              Janna L Quarless    on behalf of Debtor Dianne R. Kendall jquarless@semradlaw.com,
               rjscourtdocs@gmail.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephan Gregorowicz    on behalf of Debtor Dianne R. Kendall sgregorowicz@semradlaw.com,
               rjscourtdocs@gmail.com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
               com
                                                                                             TOTAL: 6
```