**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KENDALL, DIANNE R.          § Case No. 14-29795
                                   §
                                   §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,685.00                          Assets Exempt: $1,685.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,790.79          Claims Discharged
                                                     Without Payment: $0.00

Total Expenses of Administration: $61,259.17

---

3) Total gross receipts of $ 155,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 80,950.04 (see **Exhibit 2**), yielded net receipts of $74,049.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,572.22 | $7,572.22 | $7,572.22 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 61,259.17 | 61,259.17 | 61,259.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 5,218.57 | 5,218.57 | 5,218.57 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,049.96 | $74,049.96 | $74,049.96 |

4) This case was originally filed under Chapter 7 on August 13, 2014. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/29/2015          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Lawsuit | 1142-000 | 155,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$155,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KENDALL, DIANNE R. | Dividend paid 100.00% on $80,950.04; Claim# SURPLUS; Filed: $80,950.04; Reference: | 8200-002 | 80,950.04 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$80,950.04** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accredited Ambulatory Care | 4220-000 | N/A | 1,221.31 | 1,221.31 | 1,221.31 |
| | Metro Milwaukee Anesthesia | 4220-000 | N/A | 1,411.95 | 1,411.95 | 1,411.95 |
| | Chicago Pain & Orthopedic | 4220-000 | N/A | 4,938.96 | 4,938.96 | 4,938.96 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,572.22** | **$7,572.22** | **$7,572.22** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 6,952.50 | 6,952.50 | 6,952.50 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 2,420.00 | 2,420.00 | 2,420.00 |
| Stephen Smalling | 3210-600 | N/A | 51,666.67 | 51,666.67 | 51,666.67 |
| Stephen Smalling | 3220-610 | N/A | 220.00 | 220.00 | 220.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $61,259.17 | $61,259.17 | $61,259.17 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MCOA | 7100-000 | N/A | 86.86 | 86.86 | 86.86 |
| 1I | MCOA | 7990-000 | N/A | 0.10 | 0.10 | 0.10 |
| 2 | MCOA | 7100-000 | N/A | 375.00 | 375.00 | 375.00 |
| 2I | MCOA | 7990-000 | N/A | 0.45 | 0.45 | 0.45 |
| 3 | ATLAS ACQUISITIONS LLC ASSIGNEE OF | 7100-000 | N/A | 490.09 | 490.09 | 490.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | ATLAS ACQUISITIONS LLC ASSIGNEE OF | 7990-000 | N/A | | 0.58 | 0.58 | 0.58 |
| 4 | Nuestra Clinica | 7200-000 | N/A | | 4,260.43 | 4,260.43 | 4,260.43 |
| 4I | Nuestra Clinica | 7990-000 | N/A | | 5.06 | 5.06 | 5.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $5,218.57 | $5,218.57 | $5,218.57 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-29795  
**Case Name:** KENDALL, DIANNE R.

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 08/13/14 (f)  
**§341(a) Meeting Date:**

**Period Ending:** 10/29/15  
**Claims Bar Date:** 01/27/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Financial Accounts<br>  Checking Account TCF Bank | 110.00 | 0.00 | | 0.00 | FA |
| 2 | Financial Accounts<br>  Checking Account Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposits<br>  Security Deposit landlord | 725.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods<br>  Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel<br>  Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Insurance Policies<br>  Whole insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Personal Injury Lawsuit<br>  debtor was involved in a motor vehicle accident, debtor has retained<br>Capron & Avgerinos, PC<br>Attorney - Stephen Smalling,<br>55 West Monroe, Suite 900<br>Chicago, IL 60603<br>Phone (312)346.6444<br>Amended Schedule c changed value from $0.00 to unknown | 150,000.00 | 150,000.00 | | 155,000.00 | FA |
| 7 | **Assets  Totals** (Excluding unknown values) | **$151,685.00** | **$150,000.00** | | **$155,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

This is a reassigned Voiland case. Special Counsel employed to continue personal injury litigation.

**Initial Projected Date Of Final Report (TFR):**   December 15, 2015    **Current Projected Date Of Final Report (TFR):**   July 24, 2015  (Actual)

Printed: 10/29/2015 12:56 PM    V.13.25

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-29795  
**Case Name:** KENDALL, DIANNE R.  

**Taxpayer ID #:** **-***7400  
**Period Ending:** 10/29/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****938266 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/15 | {7} | Travelers | Settlement Payment | 1142-000 | 155,000.00 | | 155,000.00 |
| 06/16/15 | 101 | Stephen Smalling | Attorneys' fees pursuant to Order entered 6/5/15 | 3210-600 | | 51,666.67 | 103,333.33 |
| 06/16/15 | 102 | Stephen Smalling | Attorneys' expenses pursuant to Order entered 6/5/15 | 3220-610 | | 220.00 | 103,113.33 |
| 06/16/15 | 103 | Accredited Ambulatory Care | Medical lien pursuant to Order entered 6/5/15 | 4220-000 | | 1,221.31 | 101,892.02 |
| 06/16/15 | 104 | Metro Milwaukee Anesthesia | Medical lien pursuant to Order entered 6/5/15 | 4220-000 | | 1,411.95 | 100,480.07 |
| 06/16/15 | 105 | Chicago Pain & Orthopedic | Medical lien pursuant to Order entered 6/5/15 | 4220-000 | | 4,938.96 | 95,541.11 |
| 09/01/15 | 106 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $2,420.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,420.00 | 93,121.11 |
| 09/01/15 | 107 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $6,952.50, Trustee Compensation; Reference: | 2100-000 | | 6,952.50 | 86,168.61 |
| 09/01/15 | 108 | KENDALL, DIANNE R. | Dividend paid 100.00% on $80,950.04; Claim# SURPLUS; Filed: $80,950.04; Reference: | 8200-002 | | 80,950.04 | 5,218.57 |
| 09/01/15 | 109 | ATLAS ACQUISITIONS LLC ASSIGNEE OF | Combined Check for Claims#3,3I | | | 490.67 | 4,727.90 |
| | | | Dividend paid 100.00%    490.09<br>on $490.09;  Claim# 3;<br>Filed: $490.09 | 7100-000 | | | 4,727.90 |
| | | | Dividend paid 100.00%    0.58<br>on $0.58;  Claim# 3I;<br>Filed: $0.58 | 7990-000 | | | 4,727.90 |
| 09/01/15 | 110 | MCOA | Combined Check for Claims#1,2,1I,2I | | | 462.41 | 4,265.49 |
| | | | Dividend paid 100.00%    86.86<br>on $86.86;  Claim# 1;<br>Filed: $86.86 | 7100-000 | | | 4,265.49 |
| | | | Dividend paid 100.00%    375.00<br>on $375.00;  Claim# 2;<br>Filed: $375.00 | 7100-000 | | | 4,265.49 |
| | | | Dividend paid 100.00%    0.10<br>on $0.10;  Claim# 1I;<br>Filed: $0.10 | 7990-000 | | | 4,265.49 |
| | | | Dividend paid 100.00%    0.45<br>on $0.45;  Claim# 2I;<br>Filed: $0.45 | 7990-000 | | | 4,265.49 |
| 09/01/15 | 111 | Nuestra Clinica | Combined Check for Claims#4,4I | | | 4,265.49 | 0.00 |
| | | | Dividend paid 100.00%    4,260.43<br>on $4,260.43;  Claim# 4;<br>Filed: $4,260.43 | 7200-000 | | | 0.00 |

Subtotals :    $155,000.00    $155,000.00

{} Asset reference(s)

Printed: 10/29/2015 12:56 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-29795  
**Case Name:** KENDALL, DIANNE R.  
**Taxpayer ID #:** \*\*-\*\*\*7400  
**Period Ending:** 10/29/15  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*938266 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $5.06;  Claim# 4I; Filed: $5.06 | 5.06 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 155,000.00 | 155,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 155,000.00 | 155,000.00 | |
| | | | Less: Payments to Debtors | | | 80,950.04 | |
| | | | **NET Receipts / Disbursements** | | **$155,000.00** | **$74,049.96** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # \*\*\*\*938266** | 155,000.00 | 74,049.96 | 0.00 |
| | $155,000.00 | $74,049.96 | $0.00 |

{} Asset reference(s)

Printed: 10/29/2015 12:56 PM    V.13.25